UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 8:24-cv-00847-CEH-AEP

vs.

CIRCLE K STORES INC.
d/b/a CIRCLE K STORE #7004

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN and Defendant CIRCLE K STORES INC. d/b/a CIRCLE K STORE #7004 (the "Parties"), by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and respectfully request that they not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED June 6, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Kristin A. Taylor** |
| Gregory S. Sconzo, Esq. | Kristin A. Taylor |
| Florida Bar No.: 0105553 | Florida Bar No. 1019775 |
| Sconzo Law Office, P.A. | McDermott Will & Emery LLP |
| 3825 PGA Boulevard, Suite 207 | 1180 Peachtree Street NE, Suite 3350 |
| Palm Beach Gardens, FL 33410 | Atlanta, GA 30309 |

Telephone: (561) 729-0940  
Facsimile: (561) 491-9459  
Email: greg@sconzolawoffice.com  
Email: perri@sconzolawoffice.com  
Attorney for Plaintiff

Phone: (404) 260-8580  
kataylor@mwe.com  
Counsel for Defendant Circle K Stores Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                               **/s/ Gregory S. Sconzo**
                                                               **Gregory S. Sconzo, Esq.**