# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                         Case No: 8:24-cv-847-CEH-AEP

CIRCLE K STORES INC.,

    Defendant.

## ORDER

    The Court has been advised by the parties' Notice of Settlement (Doc. 13) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied as moot** and the Clerk is **directed** to terminate all deadlines and administratively close the file.

    **DONE** and **ORDERED** in Tampa, Florida on June 6, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties